Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SARAH BETH THOMPSON,<br><br>Defendant. | DOCKET NO. 6:12-mj-95-MJS<br><br>**STATEMENT OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, Sarah Beth THOMPSON, was arrested September 30, 2012, in Yosemite National Park and charged with two counts in citations: (1854298) possession of a controlled substance (marijuana), and (1855207) possession of a controlled substance (mushrooms). THOMPSON plead guilty November 20, 2012, to Citation 1855207 – possession of a controlled substance (mushrooms). This Court did not enter the plea, deferring the entry of judgment for 12 months. THOMPSON was sentenced to pay a fine of $500, and 12 months of unsupervised probation. The Government alleges Sarah Beth THOMPSON has violated the following condition(s) of his unsupervised probation:

1

<u>CHARGE ONE</u>:     FAILURE TO PAY FINE

THOMPSON was ordered to pay a fine of $500. To date, THOMPSON has an outstanding balance of $500.

The Yosemite Legal Office respectfully requests the above referenced matter, *U.S. v. Sarah Beth Thompson*, 6:12-mj-95-MJS, be put back on calendar at a time convenient for the Court.

Dated: November 19, 2013

By: /s/ Matthew McNease
Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

( )     Submit a Request for Warrant or Summons:

( )     Defendant to Appear at Yosemite District Courthouse:

(X)     The Government shall file and serve on Defense Counsel, a brief setting forth its basis for believing , if it does, that the Notice of Violation was timely filed with the Court. The Defense will have fourteen (14) days thereafter to file a responsive brief. If the Government concludes the Notice was not timely, nothing more need be filed, and no further action will be taken on this matter by the Court.

IT IS SO ORDERED.

Dated:     November 21, 2013          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

2