Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SARAH BETH THOMPSON,<br><br>Defendant. | No.  6:12-mj-95-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice, and in accordance with 18 U.S.C. § 3607. THOMPSON was required to pay a fine of $500 by November 19, 2013. The fine was paid November 21, 2013.

Dated:  November 26, 2013          NATIONAL PARK SERVICE

       /S/ Matthew McNease
Matthew McNease
Acting Legal Officer

1

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *U.S. v. Sarah Beth Thompson*, 6:12-mj-95-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: November 27, 2013

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE